# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,**

                  **Plaintiff,**

                                                    **Case No. 05-CR-216**

        **-vs-**

**SABRINA D. STEWART,**

                  **Defendant.**

---

## ORDER

---

        The Court has read Magistrate Judge William E. Callahan, Jr.'s recommendation to this Court which denied the defendant, Sabrina D. Stewart's ("Stewart") motion to suppress oral, written, and physical evidence, Stewart's objection thereto, and other relevant findings and rules as follows.

        This Court adopts the conclusions and the rationale supporting the conclusions of Magistrate Judge Callahan to deny Stewart's motion to suppress.

        **NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED** that Stewart's motion to suppress oral evidence and physical evidence is **DENIED.**

        Dated at Milwaukee, Wisconsin, this 1st day of February, 2006.

                    **SO ORDERED,**

                    **s/ Rudolph T. Randa**
                    **HON. RUDOLPH T. RANDA**
                    **Chief Judge**