UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                 Case No. 05-CR-216 (RTR)

SABRINA D. STEWART,

                Defendant.

**ORDER ALLOWING GOVERNMENT TO COMMUNICATE WITH JURORS**

Upon consideration of the government's motion to communicate with members of the jury panel in the above-captioned matter, pursuant to General Local Rule 47.3 (Eastern District of Wisconsin), and for the reasons therein stated,

IT IS HEREBY ORDERED that the attorney for the government be given leave to communicate with members of the jury panel in the above-captioned case.

SO ORDERED this 20th date of June, 2006.

                                                    s/ Rudolph T. Randa
                                                    RUDOLPH T. RANDA
                                                    Chief U.S. District Court Judge