UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 05-CR-216

SABRINA STEWART,

    Defendant.

---

**ORDER**

---

Based on the government's motion to dismiss and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the Indictment and the Superseding Indictment in this matter are hereby dismissed without prejudice.

Dated this 14th day of November, 2006.

                                s/ Rudolph T. Randa
                                HON. RUDOLPH T. RANDA
                                Chief Judge